O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-22-2015

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JUL 22 2015
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE WARD,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF BARSTOW, et al.,<br><br>        Defendants. | Case No. EDCV 15-0444-DSF (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

//
//
//
//
//

IT THEREFORE IS ORDERED that (1) defendant Rogan's Motion to Dismiss is granted; (2) defendant Dowd's Motion to Dismiss is granted; and (3) the First Amended Complaint is dismissed without leave to amend as to these two defendants.

DATED: 7/20/15

*(signature)*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE