FILED
CLERK, U.S. DISTRICT COURT

08/17/15

CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE WARD, | Case No. EDCV 15-00444-DSF (KES) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CITY OF BARSTOW, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files, along with the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the Barstow Defendants' motion to stay this matter pending the outcome of the state criminal proceedings that have been initiated against Plaintiff (DE # 48) is granted; and (2) the Barstow Defendants' pending Motion to Dismiss (DE #37) is deemed moot without prejudice to their re-filing it when Plaintiff's criminal prosecution ends and the stay is lifted.

//

//

Within thirty days of the conclusion of Plaintiff's criminal proceedings in the Superior Court for the County of San Bernardino, the parties shall file a status report with the Court regarding the outcome of those proceedings.

DATED:     8/13/15

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE