O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE WARD, | Case No. EDCV-15-00444-DSF (KES) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND |
| CITY OF BARSTOW, et al. | RECOMMENDATIONS OF UNITED |
| Defendants. | STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motions to Dismiss (Dkt. 138, 139) are GRANTED and Judgment will be entered dismissing the Fourth Amended Complaint without leave to amend.

DATED: 10/27/17

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE