1
2
3
4                                                        JS-6
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   DRAKE WARD,                        Case No.  EDCV-15-00444-DSF (KES)
12              Plaintiff,
                                        **JUDGMENT**
13        v.
14   CITY OF BARSTOW, et al.
15              Defendants.
16
17        Pursuant to the Court's Order Accepting Findings and Recommendations of
18   United States Magistrate Judge,
19        IT IS ADJUDGED that the Fourth Amended Complaint and entire action is
20   dismissed with prejudice.
21            10/27/17
22   DATED: _____
23
24                                 _____
25                                 DALE S. FISCHER
                                   UNITED STATES DISTRICT JUDGE
26
27
28